UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00827-MOC-DCK

| | | |
|---|---|---|
| **JERRY LEE ROSS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CNAC,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion to Strike and plaintiff's Motion to Strike Pretrial Conference Filing. Defendant seeks to strike plaintiff's response to its Answer and those portions of plaintiff's Affidavit of Pretrial Conference which seek to further amend the allegations of the "Re-Amended Complaint." Such unsanctioned amendments are not permitted. In turn, plaintiff seeks to strike the Certificate of Initial Attorneys Conference filed by defendant because his signature does not appear on that document. The magistrate judge has already entered the Pretrial Order, mooting plaintiff's motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Strike (#25) is **ALLOWED**, pleading (#22) and those portions of plaintiff's Affidavit of Pretrial Conference (#23) which seek to further amend the allegations of the "Re-Amended Complaint are **STRICKEN**, and plaintiff's Motion to Strike Pretrial Conference Filing (27) is **DENIED** as moot.

Signed: August 21, 2013

Max O. Cogburn Jr.
United States District Judge