UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00827-MOC-DCK

| | | |
|---|---|---|
| **JERRY LEE ROSS,** | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER |
| **CNAC,** | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on pro se plaintiff's Motion to Exclude Deposition of Plaintiff and Exhibits Taken December 16, 2013. Plaintiff is advised that neither the Federal Rules of Civil Procedure nor any case law allows for the relief sought and that technical or typographical errors in a Notice of Deposition form no basis for later striking testimony given or exhibits presented during such proceeding. Having considered pro se plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that pro se plaintiff's Motion to Exclude Deposition of Plaintiff and Exhibits Taken December 16, 2013 (#33) is **DENIED** for the reasons provided in defendant's Response (#35).

Signed: 2/18/2014

Max O. Cogburn Jr.
United States District Judge